UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS MARTINEZ, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-01963-TLN-JDP (PS)<br><br>ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE<br><br>ECF No. 7 |

Defendants filed a motion to dismiss or for a more definite statement. ECF No. 7. Defendants argue that plaintiff does not plead sufficiently detailed or specific factual allegations and is, therefore, defective for failing to articulate a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Plaintiff has now filed an amended complaint. ECF No. 24. Without expressing any view as to its merits, the court dismisses defendants' motion to dismiss without prejudice. Defendants are directed to either answer the new complaint or file a new motion as appropriate.

IT IS SO ORDERED.

Dated: March 23, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE