# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS MARTINEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01963-TLN-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 28 |

　　　For good cause shown, plaintiff's motion for extension of time to file an opposition to defendants' motion to dismiss is granted. ECF No. 28. Plaintiff has thirty days from the date of entry of this order to file his opposition.

IT IS SO ORDERED.

Dated: 　May 14, 2021　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1