UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS MARTINEZ, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-01963-TLN-JDP<br><br>**ORDER** |

　　　On August 11, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 44.)  Defendants filed objections on August 25, 2022, and they have been considered by the Court.  (ECF No. 45.)

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 11, 2022 (ECF No. 44) are ADOPTED in full;

2. Defendants' Motion to Dismiss (ECF No. 37) is DENIED without prejudice; and

3. Defendants' Request for Limited Discovery (ECF No. 37-2) is GRANTED.

**DATED: September 21, 2022**

Troy L. Nunley
United States District Judge