1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARK A. GRANT,                          Case No. 2:20-cv-01963-TLN-JDP (PS)

12                    Plaintiff,              ORDER TO SHOW CAUSE WHY
                                             SANCTIONS SHOULD NOT BE IMPOSED
13          v.                               FOR FAILURE TO COMPLY WITH COURT
                                             ORDERS
14    LUIS MARTINEZ, *et al.*,
                                             ECF No. 49
15                    Defendants.

16

17          On January 11, 2023, the court issued an order setting an initial scheduling conference for

18    February 16, 2023, and directed the parties to file status reports by no later than February 2, 2023.

19    ECF No. 49.  Defendants timely submitted a status report.  Plaintiff, however, failed to file his

20    own status report.

21          To manage its docket effectively, the court imposes deadlines on litigants and requires

22    litigants to meet those deadlines.  The court may dismiss a case based on plaintiff's failure to

23    prosecute or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); *Hells*

24    *Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856

25    F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court

26    has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

27    *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

28

                                              1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file a status report.  Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed.  Should plaintiff wish to continue with this lawsuit, he shall also file a status report as required by the court's January 11, 2023 order.

Accordingly, it is hereby ORDERED that:

1.  The initial scheduling conference currently set for February 16, 2023, is continued to March 16, 2023.

2.  By no later than March 2, 2023, plaintiff shall file a status report in accordance with the court's January 11, 2023 order.  *See* ECF No. 49.

3.  Plaintiff shall show cause, by no later than March 2, 2023, why sanctions should not be imposed for failure to comply with the court's January 11, 2023 order.

4.  Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and for failure to comply with court orders.

IT IS SO ORDERED.

Dated:   February 14, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE